# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| ZACHARY WAYNE WHITE | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:23-CV-00847-ALM-AGD |
| v. | § | |
| | § | |
| FIFTH THIRD BANK, NATIONAL ASSOCIATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the court is *pro se* Plaintiff Zachary Wayne White's Motion requesting the court grant permission for electronic filing (Dkt. #8). Having reviewed the Motion, the court finds that it would serve the interests of efficiency for Plaintiff to receive electronic notice of filings and other postings in this matter and to file documents electronically as well. Therefore, the Clerk of Court shall add Plaintiff's email address, zach@amec-llc.com (Dkt. #8 at 3), to the electronic service list. Once Plaintiff's e-mail is on the service list, Plaintiff, as with all Parties on the electronic service list, will be deemed as having been given notice of all docket activity at the time of electronic posting. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion requesting the court grant permission for electronic filing (Dkt. #8) is **GRANTED** as set forth herein. The Clerk of Court shall add Plaintiff's email address, zach@amec-llc.com, to the electronic service list.

**IT IS SO ORDERED**.

**SIGNED this 17th day of October, 2023.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE