**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| ZACHARY WAYNE WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| FIFTH THIRD BANK, NATIONAL | § | Case No. 4:23-CV-847 |
| ASSOCIATION, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF RECUSAL

The undersigned judge hereby recuses herself with regard to the above-entitled and numbered

civil action.

IT IS SO ORDERED.

**SIGNED this 23rd day of October, 2023.**


_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE