IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ZACHARY-WAYNE WHITE | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-00847-SDJ-BD |
| | § | |
| FIFTH THIRD BANK, NATIONAL ASSOCIATION, ET AL. | § | |
| | § | |
| | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 16, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #73), that the claims against Defendants Mackie Wolf Zientz & Mann, P.C., and AVT Title Services, LLC, be dismissed without prejudice and that Defendants Fannie Mae and Fifth Third Bank, National Association's Motion for Summary Judgment, (Dkt. #43), be granted. Plaintiff Zachary-Wayne White filed Objections, (Dkt. #74), to the Report.

The Court conducted a de novo review of the Objections and the portions of the Report to which Defendant specifically objects, and the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that the Objections are without merit as to the ultimate findings of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

**IT IS ORDERED** that the claims against Mackie Wolf and AVT are **DISMISSED WITHOUT PREJUDICE**, that Fifth Third and Fannie Mae's summary-judgment motion, (Dkt. #43), is **GRANTED**, and that White's claims against Fifth Third and Fannie Mae are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 17th day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE